# RESOLUTIONS OF PRISTINE POOL LLC

The following Resolutions were adopted at a special meeting of Pristine Pools LLC (the "Company") held on November 30, 2021.

I. **Resolution Authorizing the Company to Make a Voluntary Petition for Relief under the Provisions of Chapter 7 of Title 11 of the United States Code.**

NOW THEREFORE BE IT RESOLVED, it is desirable and in the best interests of the Company, its Member, its creditors, and other parties in interest, that the Company shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief (the "**Chapter 7 Case**") under the provisions of chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of Alabama (the "**Bankruptcy Court**") or other court of competent jurisdiction; and

RESOLVED FURTHER, that Gregory C. Kirk (the "**Authorized Officer**") is authorized, empowered, and directed to execute and file on behalf of the Company all petitions, schedules, lists, applications, pleadings, and other motions, papers, agreements, consents, or documents, and to take any and all action that they deem necessary, appropriate, or desirable to obtain such relief, including, without limitation, any action necessary, appropriate, or desirable to maintain the ordinary course of operation of the Company's business.

II. **Resolution Authorizing the Retention of Professionals.**

NOW THEREFORE, BE IT RESOLVED, that the Authorized Officer is authorized, empowered, and directed to employ the law firm of Sparkman, Shepard P.C. ("SS") as the Company's counsel, to represent and assist the Company in commencing proceedings and carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and remedies, including filing any pleadings and conducting any potential sale process on behalf of the Company; and, in connection therewith, the Authorized Officer, with power of delegation, are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain SS in accordance with applicable law.

RESOLVED FURTHER, that the Authorized Officer is authorized, empowered, and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and, in connection therewith, the Authorized Officer is hereby authorized,

empowered, and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary, appropriate, or desirable, including, without limitation, special counsel to the extent determined necessary, appropriate, or desirable.

RESOLVED FURTHER, that the Authorized Officer is authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain legal counsel, accountants, financial advisors, restructuring advisors, and other professionals and to take and perform any and all further acts and deeds that the Authorized Officers deem necessary, appropriate, or desirable in connection with the Company's Chapter 7 Case.

III. **Miscellaneous.**

RESOLVED FURTHER, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer is authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further actions, and to execute, acknowledge, deliver, and file any and all other such agreements, certificates, instruments, and other documents and to pay all expenses, in each case as in such Authorized Officer's judgment, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the Resolutions adopted hereby.

RESOLVED FURTHER, that the Members have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing Resolutions, as may be required by the organizational documents of the Company, or hereby waives any right to have received such notice.

RESOLVED FURTHER, that any and all acts, actions, and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of the Company, prior to the date of this consent on behalf of the Company be, and are hereby in all respects are approved, confirmed and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the Members.

RESOLVED FURTHER, that the Authorized Officer is authorized and empowered to take all actions or to not take any action in the name of and on behalf of the Company with respect to the transactions contemplated by these Resolutions hereunder as the Authorized Officer shall deem

necessary, appropriate, or desirable in the Authorized Officer's reasonable business judgment be necessary, appropriate, or desirable to effectuate the purposes of the transactions contemplated hereby.

These Resolutions are effective immediately.

IN WITNESS WHEREOF, the Company has executed these the foregoing by the undersigned on its behalf on this the ___ day of November, 2021.

**PRISTINE POOLS LLC**

By: _____
Name: Gregory C. Kirk
Its: Managing Member