BYZFunder
263 West 38th ST
13th Floor
New York, NY 10018

Catherine Hewson
C/O  Nickolas J. Steles
106 E. 2nd St.
Tuscumbia, AL 35674

Catherine Hewson
C/O Nickolas J. Steles
106 East 2nd St.
Tuscumbia, AL 35674

CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
PO Box 2576
Springfield, IL 62708

Crowin Equipment Company
2238 Pinson Valley Pkwy
Birmingham, AL 35217

CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

FundBox
6900 Dallas Parkway
Suite 700
Plano, TX 75024

GLOBAL MERCHANT CASH INC
64 BEAVER STREET
SUITE 415
New York, NJ 10004

Hewson Enterprises, LLC
C/O  Nickolas J. Steles
106 E. 2nd St.
Tuscumbia, AL 35674

Lien Solutions
C T Corporation System, as representativ
330 N Brand Blvd, Suite 700; Attn: SPRS
Glendale, CA 91203

Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

OnDeck
1400 Broadway
New York, NY 10018

Smart Business Funder
601 Ocean Pkwy
Brooklyn, NY 11218

Union Funding Source
1835 E Hallandale Beach Blvd
Hallandale, FL 33009

Wall Funding
30 Broad Street
14th Fl.
New York, NY 10004

Wall Funding
30 Broad St
Fl 14
New York, NY 1004